UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LASHANDRA HARLEY,

    Plaintiff,

v.                                                            Case No. 5:11-cv-628-Oc-32TBS

CARLTON PALMS EDUCATIONAL
CENTER, INC.,

    Defendant.
_____/

## ORDER

Pending before the Court is the parties' Joint Motion For Additional Time For Defendant To Respond To Motion For Conditional Certification. (Doc. 43). Plaintiff has moved for conditional certification of this matter as a collective action under the Fair Labor Standards Act, 29 USC §216(b). The Court previously granted Defendant an extension of time, to and through January 23, 2012, within which to respond to the motion so that the parties could attempt to negotiate a resolution of the motion. (Doc. 41). The parties now request an additional two-week extension of time.

Upon due consideration, the parties' Joint Motion For Additional Time For Defendant To Respond To Motion For Conditional Certification (Doc. 43) is GRANTED. Defendant shall file a response to Plaintiff's Motion For Conditional Certification (Doc. 24) on or before February 6, 2012.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on January 23, 2012.

*signature*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel